# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AM1 | 09825612 | Masiak | M7459 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/22/21 1912 | 32-5A-112 |

Place of Offense: Christian / Blackwell

Offense Description: Failure to Stop at Stop Sign

WF 2LT  D Co 1-145 Student

### DEFENDANT INFORMATION
Last Name: Lobach
First Name: Rebecca
Middle: Marie

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 26CM662 | AL | 20 | VW/Jetta | | GRY |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☒ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50  Forfeiture Amount
+ $30 Processing Fee
$ 80.00  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: TBD
Date: TBD
Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*09825612*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 January, 20 21 while exercising my duties as a law enforcement officer in the Middle District of Alabama

While traveling on Christian towards Whittaker, I observed the front listed vehicle fail to Stop at a Stop Sign and proceeded to pull out on Christian. I turned around and conducted a traffic stop. Individual was cooperative and issued this CVB.

Audio + Video: XR05
Weather: Rain
Traffic: Moderate

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/22/2021   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident